| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Brian J. | 2. Court or Organization<br><br>U.S. District Court, Middle District of Florida | 3. Date of Report<br><br>02/29/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge – Nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 02/29/2012<br>☐ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>02/29/2012 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>300 North Hogan Street<br>Jacksonville, FL 32202 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | OneJax, Inc |
| 2. | Co-Chair | Project Breakthrough |
| 3. | Member, Board of Directors | Jacksonville Public Education Fund |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT
Page 2 of 7

Name of Person Reporting

Davis, Brian J.

Date of Report

02/29/2012

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | State of Florida Judicial Salary | $142,177.00 |
| 2. | 2011 | State of Florida Judicial Salary | $142,177.00 |
| 3. | 2012 | State of Florida Judicial Salary | $23,696.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Florida Retirement System Disability Income |
| 2. | 2012 | Florida Retirement System Disability Income |
| 3. | 2011 | Unum Life Insurance Co. Disability Benefit Income |
| 4. | 2012 | Unum Life Insurance Co. Disability Benefit Income |
| 5. | 2011 | Unum Life Insurance Co. Long Term Care Benefit Income |
| 6. | 2012 | Unum Life Insurance Co. Lond Term Care Benefit Income |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 02/29/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nationwide Advantage Mortgage Company | Mortgage on Rental Property, Jacksonville, Florida | K |
| 2. CitiMortgage | Mortgage on Investment Property, Jacksonville, Florida | K |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Regions Bank Accounts | A | Interest | K | T | Exempt | | | | |
| 2. | American Funds: American Mutual Fund | A | Dividend | J | T | | | | | |
| 3. | ING 457 Plan, Fixed Account | D | Dividend | M | T | | | | | |
| 4. | Rental Property, Jacksonville, Florida (2010 $80,000) | D | Rent | K | R | | | | | |
| 5. | Investment Property, Jacksonville, Florida (2003 $45,000) | | None | K | R | | | - | | |
| 6. | MetLife Variable Annuity, Fixed Account | A | Int./Div. | J | T | | | | | |
| 7. | BlackRock Mid-Cap Growth Equity Fund | A | Dividend | J | T | | | | | |
| 8. | NorthWestern Mutual Variable Annuity | | | | | | | | | |
| 9. | -T Rowe Price Equity Income Fund | A | Dividend | J | T | | | | | |
| 10. | - JanusFocused Appreciation Fund | A | Dividend | J | T | | | | | |
| 11. | -NorthWestern Mutual Growth Stock Fund | A | Dividend | J | T | | | | | |
| 12. | - Russell Aggressive Equity Fund | A | Dividend | J | T | | | | | |
| 13. | -Russell International Equity Fund | A | Dividend | J | T | | | | | |
| 14. | -Franklin Templeton International Growth Fund | A | Dividend | J | T | | | | | |
| 15. | - Russell Non-US Fund | A | Dividend | J | T | | | | | |
| 16. | - NorthWestern Mutual Select Bond Fund | A | Dividend | J | T | | | | | |
| 17. | - Russell Core Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. – NorthWestern Mutual High Yield Bond Fund | A | Dividend | J | T | | | | | |
| 19. – Russell Global Estate Securities Fund | A | Dividend | J | T | | | | | |
| 20. –NorthWestern Mutual Guaranteed Interst Fund 1 | A | Interest | J | T | | | | | |
| 21. NorthWest Mutual Whole Life Policy #1 | A | Dividend | J | T | | | | | |
| 22. NorthWest Mutual Whole Life Policy #2 | A | Dividend | K | T | | | | | |
| 23. NorthWest Mutual Whole Life Policy#3 | C | Dividend | L | T | | | | | |
| 24. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| A =$1,000 or less | B =$1,001 – $2,500 | C =$2,301 – $5,000 | D =$5,001 – $15,000 | E =$15,001 – $50,000 |
| P =$50,001 – $100,000 | G =$100,001 – $1,000,000 | H1 =$1,000,001 – $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 – $50,000 | L =$50,001 – $100,000 | M =$100,001 – $250,000 | |
| N =$250,001 – $500,000 | O =$500,001 – $1,000,000 | P1 =$1,000,001 – $5,000,000 | P2 =$5,000,001 – $25,000,000 | |
| | | P3 =$25,000,001 – $50,000,000 | P4 =More than $50,000,000 | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 43 | 354 | Notes payable to banks-secured (auto) | | 34 | 041 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 301 | 910 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | 5 | 000 | Real estate mortgages payable – see schedule | | 364 | 922 |
| Real estate owned – see schedule | | 406 | 400 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 65 | 400 | | | | |
| Cash value-life insurance | | 92 | 649 | | | | |
| Other assets itemize: | | | | | | | |
| Florida Retirement System Pension Plan | 1 | 241 | 515 | | | | |
| Annuities | | | | | | | |
| | | | | Total liabilities | | 398 | 963 |
| | | | | Net Worth | 1 | 752 | 265 |
| Total Assets | 2 | 151 | 228 | Total liabilities and net worth | 2 | 151 | 228 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 6 | 422 | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |